E-FILED
Friday, 25 August, 2006  03:33:09 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

AARON A. WARREN

**CRIMINAL COMPLAINT**

CASE NUMBER: 06-6424-M

FILED
AUG 2 5 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about May 4, 2006, at Kewanee, in Henry County, in the Central District of Illinois, the defendant,

**AARON A. WARREN,**

did knowingly and intentionally possess with intent to distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, that is, "crack," a Schedule II controlled substance,

all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

I further state that I am an Inspector, Illinois State Police, Blackhawk Area Task Force, and that this Complaint is based on the following facts:

See attached Affidavit in Support of Complaint which is made a part hereof.

Continued on the attached sheet and made a part hereof:    ☒ Yes ☐ No

S/Jon Jagers
_____
Signature of Complainant
Jon Jagers, Inspector
Illinois State Police, Blackhawk Area Task Force

Sworn to before me and subscribed in my presence,

August 25, 2006                                    Davenport, Iowa
_____   at   _____
Date                                               City and State

Thomas J. Shields
United States Magistrate Judge              S/Thomas J. Shields
_____         _____
Name & Title of Judicial Officer            Signature of Judicial Officer

# AFFIDAVIT

Your Affiant, Jon Jagers, first being duly sworn, deposes and states that:

1. I am an Inspector with the Illinois State Police Blackhawk Area Task Force.

2. This affidavit is in support of a complaint charging Aaron A. Warren with unlawful possession with intent to distribute crack cocaine.

3. On May 4, 2006, officers of the Kewanee Police Department initiated a traffic stop of a vehicle near Lake Street in Kewanee. Warren was a passenger in the vehicle. When the vehicle pulled over, Warren immediately exited the vehicle and was commanded to get back into the vehicle. While sitting back in the vehicle, Warren stuck his head out the window looking towards the ground at the front area of the vehicle and placed his hands on top of his head stating "all I wanted to do is go play pool."

4. I then located a purple Crown Royal bag under the passenger side of the vehicle, located behind the front tire. The bag contained three bags of crack cocaine with a total weight of approximately 37 grams and one bag of marijuana with a total weight of approximately 17 grams.

5. Warren's fingerprints were located on the bag containing marijuana. No prints suitable for comparison were located on the other bags.

6. An analysis by the Illinois State Police Morton Crime Lab confirmed the presence of cocaine base.

S/Jon Jagers

Jon Jagers
Inspector
Blackhawk Area Task Force

Subscribed and sworn to before me this 25th day of August, 2006

S/Thomas J. Shields
Thomas J. Shields
United States Magistrate Judge