AO 470 (8/85) Order of Temporary Detention

# United States District Court

FILED
AUG 3 1 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_____Central_____ DISTRICT OF _____Illinois_____

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

_____Aaron Warren_____
*Defendant*

Case Number: 06-mj-6424

Upon motion of the _____U. S. Government_____, it is ORDERED that a detention hearing is set for _____Thursday, 9/7/06_____ * at _____9:00am_____
                                               *Date*                              *Time*

before _____U. S. Magistrate Judge Thomas J. Shields_____
                         *Name of Judicial Officer*

_____211 19th Street, Rock Island, Illinois_____
                         *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) (_____
_____) and produced for the hearing.
                         *Other Custodial Official*

Date: _____August 31, 2006_____    S/Thomas J. Shields
                                                           *Judicial Officer*

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.