E-FILED
Monday, 18 September, 2006  08:55:20 AM
Clerk, U.S. District Court, ILCD

CENTRAL DISTRICT OF ILLINOIS



UNITED STATES OF AMERICA

vs.

**WARRANT FOR ARREST**

AARON A. WARREN

CASE NO. 06-6424 M

FILED
SEP 18 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:   THE UNITED STATES MARSHAL and any
      AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest ___Aaron A. Warren___ and bring him
                                              Name

forthwith to the nearest magistrate to answer a complaint, charging:

On or about May 4, 2006, at Kewanne, in Henry County, in the Central District of Illinois, the defendant,

**AARON A. WARREN,**

did knowingly and intentionally possess with intent to distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, that is, "crack," a Schedule II controlled substance,

all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

___Thomas J. Shields___           ___U.S. Magistrate Judge___
Name of Issuing Officer                Title of Issuing Officer

___S/Thomas J. Shields___         ___Davenport, Iowa___
Signature of Issuing Officer           Date and Location

Bail fixed at $ / Pre-Trial Detention   by   Thomas J. Shields, U.S. Magistrate Judge
                                              Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at ___Henry Co, IL___

| Date Received 8/28/06 | Name of Arresting Officer Mike Britt | Signature of Arresting Officer |
| Date of Arrest 8/28/06 | Title of Arresting Officer DEA | S/Larry Hollis |